WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gabriel Canales Corral,<br><br>              Plaintiff,<br>vs.<br><br>Detention Officer Mora,<br><br>              Defendant. | No. CV-13-01295-PHX-GMS (SPL)<br><br>**ORDER** |

On June 26, 2013, Plaintiff Gabriel Corral, who is confined in the Maricopa County Lower Buckeye Jail, filed a *pro se* civil rights Complaint pursuant to 42 U.S.C. § 1983 (Doc. 1). In his one-count Complaint, Plaintiff sues Detention Officer Mora. In an Order filed on August 15, 2013 (Doc. 6), the Court dismissed the Complaint for failure to state a claim upon which relief could be granted. On September 9, 2013, Plaintiff was granted 60 days to either voluntarily dismiss this case or file a first amended complaint. (Doc. 9.)

On October 23, 2013, the Court granted Plaintiff leave to file an amended complaint in *Corral v. Maricopa County Sheriff's Office, et al.*, CV-13-00054-PHX-GMS (SPL), adding Defendant Mora as a defendant in that case. For purposes of judicial economy, no further action by Plaintiff shall be required, and this action shall be dismissed without prejudice. Accordingly,

/ / /

/ / /

**IT IS ORDERED** that the Complaint (Doc. 1) and this action are **dismissed without prejudice.** The Clerk of Court shall enter judgment and close this case.

Dated this 23rd day of October, 2013.

*A. Murray Snow*
/G. Murray Snow
United States District Judge